# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED

JAN 18 2012

WILLIAM B. GUTHRIE
Clerk, U.S. District Court

By _____ Deputy Clerk

| | | |
|---|---|---|
| **RICKEY WHITE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **No. CIV 12-001-RAW-KEW** |
| | ) | |
| **RANDALL WORKMAN, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

On January 12, 2012, the court dismissed petitioner's successive petition for a writ of habeas corpus for lack of jurisdiction. After careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

Accordingly, petitioner is denied a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

**IT IS SO ORDERED** this __18th__ day of January 2012.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE